

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
Brookfield Place, 200 Vesey Street, Room 400
New York, New York 10281

**DIVISION OF ENFORCEMENT**

JUDITH WEINSTOCK, ESQ.
Attorney Advisor
(212)336-9078
weinstockj@sec.gov

September 10, 2015

**By Hand Delivery**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **Securities & Exchange Commission v. Gery Shalon et al.,
(15 Civ. 5704)**

Dear Judge Abrams:

    I am one of the attorneys representing the Securities & Exchange Commission (the "SEC"), the plaintiff in the above-referenced action. We write in connection with Your Honor's Order and Notice of Initial Conference, which set an initial status conference for October 2, 2015, and ordered the parties to submit a joint letter, as well as a proposed case management plan and scheduling order by September 25, 2015. We write to respectfully request that the Court adjourn that conference and that the Court similarly stay the requirement for the joint letter, and the proposed case management plan and scheduling order.

    On July 21, 2015, Gery Shalon and Ziv Orenstein were arrested in Israel pursuant to a criminal indictment against Messrs. Shalon, Orenstein, and Joshua Aaron. Mr. Aaron was not apprehended. The parallel criminal proceeding is United States v. Gery Shalon et al., 15 Cr. 333.

    Messrs. Shalon and Orenstein are currently incarcerated in Israel, awaiting extradition. Our understanding is that Mr. Shalon has retained counsel to represent him in the parallel criminal matter. We have asked this attorney whether he intends to represent Mr. Shalon in the present action, and have not yet received a response. We are not aware of any attorneys for Messrs. Orenstein and Aaron.

    The SEC has arranged for service to be made on all three defendants in Israel[1] under the Hague Convention by forwarding the summonses, complaints, ECF rules, Individual Rules &

---

[1] We believe Mr. Aaron maintains a residence in Israel, although he is not currently residing at that location.

Southern District of New York
September 10, 2015

Practices, notices of appearances, and Hague Service Convention Request for Service Abroad of Judicial or Extrajudicial Documents. We respectfully suggest that the Court adjourn the initial conference as well as stay the requirement for the joint letter, and the proposed case management plan and scheduling order, until the defendants have been served. We will provide a status update to the Court in 30 days.

Sincerely,

Judith Weinstock, Esq.
Attorney Advisor
Division of Enforcement