# Brafman & Associates, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

February 16, 2017

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: SEC v. Aaron, et al., 15 CV 5704 (RA)

Dear Judge Abrams:

We represent Joshua Aaron in the above-referenced matter. Mr. Aaron's answer to the complaint is currently due on Tuesday, February 21, 2017. We are constrained, however, to request a 30-day extension–until March 23, 2017–to file our response. We have spoken with Kristine Zaleskas, Esq., of the Securities and Exchange Commission, who takes no position to our request. This is our first extension request.

Thank you for your consideration.

Very truly yours,

Benjamin Brafman

cc:   All counsel (via ECF)