# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

March 21, 2017

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: SEC v. Aaron, et al., 15 CV 5704 (RA)

Dear Judge Abrams:

We represent Joshua Aaron in the above-referenced matter. Mr. Aaron's answer to the complaint is currently due on Thursday, March 23, 2017. We are constrained, however, to request a 30-day extension–until April 21, 2017–to file our response. We have spoken with Kristine Zaleskas, Esq., of the Securities and Exchange Commission, who takes no position to our request. This is our second extension request.

Thank you for your consideration.

Very truly yours,

Benjamin Brafman

cc:   All counsel (via ECF)