USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

  v.

JOSHUA SAMUEL AARON, GERY SHALON, and ZVI ORENSTEIN,

      Defendants.

No. 15-CV-5704 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  For the reasons stated on the record at the Court's March 21, 2017 conference, Plaintiff's motion for partial default judgment against Defendants Ziv Orenstein and Gery Shalon (Dkt. 41) is denied. Orenstein's request for the Court to set aside his default pursuant to Federal Rule of Civil Procedure 55(c) is granted. Shalon and Aaron shall answer or otherwise respond to Plaintiff's complaint no later than April 21, 2017.

  The Clerk of Court is respectfully directed to close the motion pending at Docket No. 41.

SO ORDERED.

Dated:  March 21, 2017
     New York, New York

                 _____
                 Ronnie Abrams
                 United States District Judge