```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/14/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

        v.

JOSHUA SAMUEL AARON, GERY
SHALON, and ZIV ORENSTEIN,

                Defendants.

No. 15-CV-5704 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     A conference to address Defendant Ziv Orenstein's motion to dismiss (Dkt. 61) is hereby scheduled for July 18, 2017 at 3:00 p.m. If either party is not available at this time, the parties shall confer and contact Allison Cavale at (212) 805-0162 with alternative dates and times.

SO ORDERED.

Dated:    July 14, 2017
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge