```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/08/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

v.

JOSHUA SAMUEL AARON, GERY
SHALON, and ZIV ORENSTEIN,

              Defendants.

No. 15-CV-5704 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at the August 8, 2017 conference, Defendant Ziv Orenstein's motion to dismiss (Dkt. 61) is denied. No later than August 15, 2017, the SEC shall submit a letter indicating whether the United States Attorney's Office seeks a stay of this action and, if not, whether the SEC objects to Orenstein's request for a stay. Orenstein may submit a response no later than August 30, 2017. Orenstein's deadline to answer or otherwise respond to the Amended Complaint is hereby adjourned pending decision on his application for a stay.

    The Clerk of Court is respectfully directed to terminate the motion pending at Docket No. 61.

SO ORDERED.

Dated:    August 8, 2017
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge