UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/5/19
```

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

  v.

JOSHUA SAMUEL AARON, *et al.*,

      Defendants.

No. 15-CV-5704 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: March 5, 2019
     New York, New York

                   Ronnie Abrams
                   United States District Judge